UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAANA ANIL VEERELA<br>4701 Stagger Brush Rd Apt 1721<br>Austin, TX 79749<br><br>Plaintiff<br><br>-against-<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES<br>20 Massachusetts Ave NW,<br>Washington DC 20529<br><br>Defendant | Case No.<br><br>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION POSTPONING THE EFFECTIVENESS OF THE DENIAL OF HIS APPLICATIONS FOR CHANGE OF NONIMMIGRANT STATUS AND FOR EXPEDITED HEARING WITHIN 21 DAYS |

Plaintiff moves the Court to exercise its authority to postpone the effectiveness of administrative decisions under 5 U.S.C. § 705, as well as its inherent authority under Rule 65 of the Federal Rules of Civil Procedure to issue injunctions preserving the status quo, postponing the effectiveness of the defendant's denial of Raana Anil Veerela's applications to change his nonimmigrant status to visitor for pleasure (B-2) and foreign student (F-1) pending a review of those decisions under the Administrative Procedure Act.

Plaintiff relies upon his Statement of the Specific Points of Law and Authority concurrently filed herewith in making this motion.

The plaintiff further requests pursuant to LCvR 65.1 for an expedited hearing on this matter no later than 21 days after the date of this motion and in support of this request states that he will suffer irreparable harm if the effectiveness of the USCIS's decisions is not postponed because that decision denying his application for extension of stay rendered him "unlawfully present" in the United States. Adjudicator's Field Manual § 40.9.2(b)(2)(G). *See Ruiz-Diaz v. United States*, No. C07-1881RSL, 2008 U.S. Dist. LEXIS 79217, 2008 WL 3928016, at *2

(W.D. Wash. Aug. 21, 2008) (holding that "halting the accrual of unlawful presence time … for . . . class members" would "prevent irreparable harm to class members and their families").

Further, a person who is unlawfully present in the U.S. for over 180 days, then departs, will be inadmissible for three (3) years. 8 USC § 1182(a)(9)(B)(i)(I). If he is unlawfully present for a year or more, then departs, Mr. Veerala will be inadmissible for ten (10) years. § 1182(a)(9)(B)(i)(II). Therefore, to avoid becoming inadmissible, he will be required to depart the United States no later than November 15, 2020, long before this action is likely to be decided in the normal course of events, and not allowing for further delays if this matter is remanded to USCIS for additional action as is often the case.

Finally, inasmuch as departing the United States automatically abandons one's application for change of nonimmigrants status, this departure would moot this lawsuit, depriving Mr. Veerala of his right to seek an extension of change status under 8 USC § 1158 and 8 CFR § 248, and so cause him irreparable harm. *See Vargas v. Meese*, 682 F. Supp. 591, 595 (D.D.C. 1987) ("The Court holds that plaintiffs have shown that without an injunction, they will be irreparably harmed. Under the SAW program, according to the plain language of the statute, applicants may file for a change of status in the United States. That statutory right to file will be mooted if their applications are not accepted in this country."), *United States SEC v. Daspin*, 557 Fed. Appx. 46,49 (2d. Cir. 2014) ("A stay may be used to preserve a possibly meritorious appeal. *See In re Agent Orange Product Liability Litig.*, 804 F.2d 19, 20 (2d Cir.1986)").

Accordingly it is respectfully requested that a hearing be scheduled on this application within 21 days.

Respectfully Submitted this ____ day of September, 2020.

/s/ *Michael E. Piston*
Michael E. Piston  (MI 002)
Attorney for the Plaintiff
Immigration Law Offices of Los Angeles, P.C.
(Manhattan Office)
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email:michaelpiston4@gmail.com

CERTIFICATE OF SERVICE

I certify that the foregoing was served upon the defendant in this action by sending it by certified mail to the following addresses:

United States Citizenship and Immigration Services
c/o Civil Process Clerk
United States Attorney's Office
 555 4th St NW, Washington, DC 20530

United States Citizenship and Immigration Services
c/o  Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

United States Citizenship and Immigration Services
20 Massachusetts Ave NW
Washington DC 20529

/s/ *Michael E. Piston*
Michael E. Piston  (MI 002)
Attorney for the Plaintiff
Immigration Law Offices of Los Angeles, P.C.
(Manhattan Office)
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895

Fax: 206-770-6350
Email:michaelpiston4@gmail.com

Dated: September      , 2020