May 19, 2020

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Texas Service Center
PO BOX 852381
Mesquite, TX 75185-2381



**U.S. Citizenship and Immigration Services**

RAANA ANIL VEERELA
c/o RAANA ANIL VEERELA
4701 STAGGER BRUSH RD APT 1721
AUSTIN, TX 78749



SRC1990328724

RE: RAANA ANIL VEERELA
I-539N, Application to Extend/Change Nonimmigrant Status

## **DECISION**

On April 15, 2019, you filed a Form I-539, Application to Extend/Change Nonimmigrant Status with U.S. Citizenship and Immigration Services (USCIS). After careful review and consideration of the entire record, your Form I-539 is denied for the reason(s) discussed below.

When you request a change of status to F-1 academic student, you must prove that you meet the requirements prescribed under INA § 101(a)(15)(F), and, in addition to other requirements, you must have a Student and Exchange Visitor Information System (SEVIS) Form I-20 issued in your name by a school that has been approved by the Student and Exchange Visitor Program (SEVP) for attendance by F-1 students.

An F-1 nonimmigrant, as defined at INA § 101(a)(15)(F) is:

> an alien having a residence in a foreign country which he has no intention of abandoning, who is a bona fide student qualified to pursue a full course of study and who seeks to enter the United States temporarily and solely for the purpose of pursuing such a course of study consistent with section 214(l) at an established college, university, seminary, conservatory, academic high school, elementary school, or other academic institution or in an accredited language training program in the United States...

Title 8, Code of Federal Regulations (8 CFR) § 103.2(a)(1) states that the instructions contained on an application or petition are to be given the force and effect of a regulation:

> (a) Filing. (1) Preparation and submission. Every form, benefit request, or other document must be submitted to DHS and executed in accordance with the form instructions regardless of a provision of 8 CFR chapter I to the contrary. The form's instructions are hereby incorporated into the regulations requiring its submission...

8 CFR § 214.2(f)(1) states, in part:

Scanned with CamScanner

> (i) Eligibility for admission. A nonimmigrant student may be admitted into the United States in nonimmigrant status under section 101(a)(15)(F) of the Act, if:
>
> (A) The student presents a SEVIS Form I-20 issued in his or her own name by a school approved by the Service for attendance by F-1 foreign students...

The Form I-539 instructions state, in part:

> **F-1, Academic Student**
>
> To request a change to F-1 status or to apply for reinstatement as an F-1 student, you must submit your Form I-94, as well as the Form I-94 for each person included in the application.
>
> Your application must also include a copy of your Form I-20, Certificate of Eligibility for Nonimmigrant Student, issued by the school where you will study and you must submit documentation that demonstrates your ability to pay for your studies and support yourself, and any accompanying dependent family members, while you are in the United States.

You were admitted to the United States on November 12, 2018 as a B2, and you were authorized to remain until May 11, 2019X. Subsequently, you filed this application to change your status to F-1 academic student in order to pursue a course of study in Information Technology at Schiller University.

Your SEVIS record, N0030464422, shows that your status at Schiller University was changed to Canceled Withdrawn on May 28, 2019. Therefore, your SEVIS Form I-20 is no longer valid.

After reviewing your application, USCIS determined that additional evidence was required. On August 22, 2019, USCIS issued you a Request for Evidence (RFE) and afforded you 33 days to provide additional evidence to establish your eligibility for the requested benefit. Among other items, USCIS asked you to submit a valid I-20 and submit a statement explaining your request for a change of status.

On September 24, 2019, USCIS received your response to the RFE. You stated in your response that you have been admitted to Schiller University to pursue your Master's degree in Information Technology. Therefore, any previous SEVIS Form I-20 issued to you is no longer valid for the purpose of this application.

Since you do not have a valid SEVIS Form I-20 issued to you by an SEVP-approved school, you are not eligible for a change of status to F-1 academic student. Accordingly, your application is denied.

Therefore, your application is denied. This decision is without prejudice to consideration of subsequent applications to extend/change nonimmigrant status filed with USCIS. This decision may not be appealed. However, if you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may submit a motion to reopen or a motion to reconsider by completing a Form I-290B, Notice of Appeal or Motion. A motion to reopen must state the new facts to be considered and must be supported by affidavits or other new documentary evidence. A motion to reconsider must show that the decision was legally incorrect according to statute, regulation, and/or precedent decision.

The motion must be filed within 33 days from the date of this notice. You must send your completed

Scanned with CamScanner

Form I-290B and supporting documentation with the appropriate filing fee to:

USCIS 290B
PO Box 21100
Phoenix, AZ 85036

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.3 and/or 103.5; call our USCIS Contact Center at 1-800-375-5283; or visit your local USCIS office.

### WARNING CONCERNING UNLAWFUL PRESENCE

Please be aware that, under section 212(a)(9)(B) of the Immigration and Nationality Act (INA), an alien who accrues more than 180 days of unlawful presence in the United States, and then departs, is inadmissible to the United States for a period of either three years or ten years.

You may remain in your current nonimmigrant status until the expiration date indicated on your Form I-94, Arrival-Departure Record. However, if the date listed on your Form I-94 has already passed, this Notice of Decision may leave you without lawful immigration status and you may be present in the United States in violation of the law.

### OVERSTAY WARNING

The evidence of record shows that, when you filed your application, you were lawfully present in the United States as a nonimmigrant. Your period of authorized stay as a nonimmigrant has not yet expired. You are authorized to remain in the United States until that date (or any further extension). However, you must continue to comply with all the conditions that apply to your nonimmigrant admission, including any prohibition against engaging in employment that may apply to your nonimmigrant status.

Sincerely,

*[signature]*

Gregory A. Richardson
Director, Texas Service Center
Officer: XM0139

Scanned with CamScanner